

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Stuart Hammonds

No. 06-25-00095-CR

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 24F1131-202 through 24F1142-202). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Stuart Hammonds, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 14, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk